1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   Attorney for Plaintiff       E-FILING
3

FILED

2011 MAR -8  P 1:48

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR11-cr 00116 |
| Plaintiff, ) | No. CR |
| ) | VIOLATION: |
| v. ) | |
| ) | 18 U.S.C. § 875(c) - Interstate |
| MAX STRINGER, ) | Communication Containing Threat To Injure Another Person |
| ) | |
| Defendant. ) | |

INFORMATION

The United States Attorney charges:

1. At all times relevant to this Indictment, defendant Max Stringer ("defendant") lived in Machesney Park, Illinois.

2. Beginning on an unknown date and continuing to January 12, 2011, defendant participated in a practice known as "swatting," in which he made hoax telephone calls to various police and other emergency service providers around the nation. Defendant falsely reported that a violent crime or other emergency was underway in order to elicit an emergency police response, such as from a Special Weapons and Tactics ("SWAT") team, to a random location. On several occasions, defendant's swatting activities caused an armed police response to the supposed crime scene.

INFORMATION
U.S. v. STRINGER

3. To facilitate these "swatting" calls, defendant utilized a practice known as "Caller I.D. spoofing" in order to cause the hoax emergency telephone call to appear to be generated from another location instead of defendant's residence. "Caller I.D. spoofing" enables a caller to conceal his own true Caller I.D. and instead substitute another Caller I.D. for a given telephone call.

COUNTS ONE THROUGH FOUR: (18 U.S.C. § 875(c) – Interstate Communication Containing Threat To Injure Another Person)

4. Paragraphs 1 through 3 are hereby realleged and incorporated by reference as if set forth in full herein

5. On or about the dates set forth in the separate counts below, in the Northern District of California, and elsewhere, the defendant,

MAX STRINGER,

did knowingly and willfully transmit in interstate commerce a communication containing a threat to injure the person of another, to wit, hoax telephone calls to public authorities falsely claiming that he had a firearm and would shoot his female companion or police officers who responded to the call or that he had planted a bomb in a public place:

| Count | Date | Origin of Telephone Call | Recipient of Telephone Call |
|---|---|---|---|
| One | 5/21/10 | Machesney Park, Illinois | San Francisco Police Department in San Francisco, California |
| Two | 5/24/10 | Machesney Park, Illinois | San Francisco Police Department in San Francisco, California |
| Three | 6/22/10 | Machesney Park, Illinois | San Francisco Police Department in San Francisco, California |
| Four | 10/22/10 | Machesney Park, Illinois | San Francisco Police Department in San Francisco, California |

All in violation of Title 18, United States Code, Section 875(c).

Dated: 2/25/11

MELINDA HAAG
United States Attorney

/s/ Matthew A. Parrella

MATTHEW A. PARRELLA
Chief, CHIP Unit

(Approved as to form: /s/ Hanley Chew )
AUSA HANLEY CHEW

INFORMATION
U.S. v. STRINGER                                3

AO 257 (Rev. 6/78)

### DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☑ INFORMATION  ☐ INDICTMENT  ☐ SUPERSEDING

*E-FILING*

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

*FILED*

**OFFENSE CHARGED**

18 U.S.C. 875(c) - Interstate Commincation Containing Threat to Injure Another Person

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

**PENALTY:**
5 year term of imprisonment
$250,000 or twice the amount involved in the offense
3 year period of supervised release
$100 mandatory special assessment

**DEFENDANT - U.S.**

'11 MAR -8 P 1:49

▶ MAX STRINGER

**DISTRICT COURT NUMBER**

CR11 00116 JF

---

**PROCEEDING**

Name of Complaintant Agency, or Person (&Title, if any)
F.B.I. Special Agent Mark Hammell

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
  ☐ U.S. Att'y  ☐ Defense

SHOW DOCKET NO.

☑ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under ▶

MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on THIS FORM   Melinda Haag
☑ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)   Hanley Chew

**DEFENDANT**

**IS NOT IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☑ If not detained give date any prior summons was served on above charges ▶ _____

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges   } ☐ Fed'l  ☐ State

If answer to (6) is "Yes", show name of Institution
_____

Has detainer been filed?  ☐ Yes  ☐ No  } If "Yes" give date filed _____

**DATE OF ARREST** ▶ Month/Day/Year _____

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY** ▶ Month/Day/Year _____

☐ This report amends AO 257 previously submitted

---

**ADDITIONAL INFORMATION OR COMMENTS**

**PROCESS:**
☑ SUMMONS  ☐ NO PROCESS*  ☐ WARRANT   Bail Amount: _____

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance

**Defendant Address:**
Max Stringer
c/o Assistant Federal Public Defender Manuel Araujo
160 West Santa Clara Street, Suite 575
San Jose, California 95113

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: 6/16/2011/1:30 p.m.

Before Judge: Paul S. Grewal

**Comments:** Please have United States Marshal's Service deliver summons.