Case 5:11-cr-00116-EJD   Document 20   Filed 11/09/11   Page 1 of 2

1  BARRY J. PORTMAN
   Federal Public Defender
2  MANUEL U. ARAUJO
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA  95113
4  Telephone:  (408) 291-7753

5  Counsel for Defendant STRINGER



**IT IS SO ORDERED AS MODIFIED**
Judge Edward J. Davila

6                                                                                                11/9/2011

8                IN THE UNITED STATES DISTRICT COURT

9               FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                            SAN JOSE DIVISION

11  UNITED STATES OF AMERICA,        )   No. CR 11-00116– EJD
                                     )
12            Plaintiff,             )   **STIPULATION TO CONTINUE THE**
    v.                               )   **SENTENCING HEARING FROM**
13                                   )   **DECEMBER 12, 2011 TO MARCH 5,**
    MAX STRINGER,                    )   **2012; and, [~~PROPOSED~~] ORDER.**
14                                   )
              Defendant.             )
15  _____)

16                              **STIPULATION**

17      Defendant and the government, through their respective counsel, hereby stipulate,

18  subject to the Court's approval, that the sentencing hearing currently set for December 12,

19  2011, be continued to March 5, 2012.  The reasons for the stipulation follow.  The defendant

20  lives in the Northern District of Illinois.  The government and the defense are continuing to

21  conduct additional investigation which could have an impact on the sentencing

22  recommendation by the parties in this case.  Additional time is needed to complete that

23  investigation, in part because a new investigator needs to be assigned to complete the

24  investigative tasks.    Defense counsel has discussed the continuance with United States

25  ///

26  ///

Stipulation to Continue Sentencing Hearing
CR 11-00116–EJD                                      1

1  Probation Officer Benjamin Flores and he has indicated to the parties that the March 5, 2012,

2  date is acceptable.

3  Dated: November 7, 2011

4  _____/s/_____
   MANUEL U. ARAUJO,
   Assistant Federal Public Defender

5

6  Dated: November 7, 2011

7  _____/s/_____
   HANLEY CHEW,
   Assistant United States Attorney

8

9

10

## [PROPOSED] ORDER

11  The Sentencing hearing currently scheduled for December 12, 2011 is converted to a Status Conference and as such remains on calendar.

12  DATED:   November 9, 2011

13  _____
   HON. EDWARD J. DAVILA,
   United States District Court Judge

14

15

16

17

18

19

20

21

22

23

24

25

26

Stipulation to Continue Sentencing Hearing
CR 11-00116–EJD                    2