1  BARRY J. PORTMAN
   Federal Public Defender
2  MANUEL U. ARAUJO
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA  95113
4  Telephone: (408) 291-7753

5  Counsel for Defendant STRINGER

6

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                       SAN JOSE DIVISION

11 UNITED STATES OF AMERICA,        )   No. CR 11-00116– EJD
                                    )
12            Plaintiff,            )   STIPULATION TO EXCUSE MAX
   v.                               )   STRINGER'S APPEARANCE ON
13                                  )   DECEMBER 12, 2011, PURSUANT TO
   MAX STRINGER,                    )   RULE 43(b) OF THE CRIMINAL RULES
14                                  )   OF CRIMINAL PROCEDURE
              Defendant.            )
15 _____)

16
                           **STIPULATION**
17

18      Defendant and the government, hereby stipulate subject to the Court's approval that the

19 defendant Max Stringer's presence at the December 12, 2011, status hearing be excused

20 pursuant to Rule 43 (b)(3) of the Federal Rules of Criminal Procedure.  The reason for the

21 stipulation is that the defendant lives in the State of Illinois.  He is twenty years of age, and

22 currently does not have steady income.  Incurring the cost of travel will be a significant

23 hardship.  As his signature attests, he has been advised as to the nature of the hearing, and that

24 his attorney has asked that the Court continue the sentencing to March 5, 2012.  The defendant

25 has been advised that his attorney needs additional time to investigate and prepare the

26 sentencing mitigation portion of the case, and that there are outstanding issues which need to be

Stipulation & Order
Re : Waiver of Presence at Hearing          1

investigated prior to sentencing. By his signature, he agrees that the hearing may be held and further agrees that his attorney may represent him in his absence.

SO STIPULATED.

Dated: December 6, 2011.

/s/
MANUEL U. ARAUJO
Assistant Federal Public Defender

Dated: December 6, 2011

MAX STRINGER

Dated: December 6, 2011

/s/
HANLEY CHEW,
Assistant United States Attorney

### [PROPOSED] ORDER

WHEREFORE, based on the above, the COURT HEREBY ORDERS that the defendant Max Stringer's presence at the hearing set for December 12, 2011, is excused pursuant to Rule 43 (b)(3) of the Federal Rules of Criminal Procedure.

DATED: December 9, 2011

HON. EDWARD J. DAVILA,
United States District Court Judge