```
 1  BARRY J. PORTMAN
    Federal Public Defender
 2  MANUEL U. ARAUJO
    Assistant Federal Public Defender
 3  160 West Santa Clara Street, Suite 575
    San Jose, CA  95113
 4  Telephone:  (408) 291-7753

 5  Counsel for Defendant STRINGER
```

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA,   )   No. CR 11-00116– EJD |
|---|
| )   |
| Plaintiff,   )   **STIPULATION TO CONTINUE THE** |
| v.   )   **SENTENCING FROM MARCH 5, 2012** |
| )   **TO MAY 14, 2012; and, [PROPOSED]** |
| MAX STRINGER,   )   **ORDER.** |
| )    |
| Defendant.   )    |
| _____)   |

### STIPULATION

Defendant and the government, through their respective counsel, hereby stipulate, subject to the Court's approval, that the sentencing hearing currently set for March 5, 2012, be continued to May 145, 2012.  The reasons for the stipulation follow.  The defendant lives in the Northern District of Illinois.  The government and the defense are continuing to conduct additional investigation which could have an impact on the sentencing recommendation by the parties in this case.  Defense counsel has discussed the continuance with United States Probation Officer Benjamin Flores and he has indicated to the parties that the May 14, 2012, date is acceptable.

Dated: February 16, 2012

                                                        _____/s/_____
                                                      MANUEL U. ARAUJO
                                                      Assistant Federal Public Defender

Dated: February 16, 2012

                                                    /s/
                                      HANLEY CHEW,
                                      Assistant United States Attorney

## [~~PROPOSED~~] ORDER

WHEREFORE, based on the above, the COURT HEREBY ORDERS that the sentencing date in the above-captioned case is moved from March 5, 2012 to May 14, 2012.

DATED: February 17, 2012

                                      HON. EDWARD J. DAVILA,
                                      United States District Court Judge