MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

HANLEY CHEW  (189985)
Assistant United States Attorney

    150 Almaden Boulevard, Suite 900
San Jose, CA 95113
Telephone: (408) 535-5061
Fax:  (408) 535-5066
E-Mail: hanley.chew@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE  DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 11-00116  EJD (PSG) |
|     Plaintiff, | ) ) | STIPULATION AND [PROPOSED] ORDER TO CONTINUE SENTENCING |
| v. | ) ) | |
| MAX STRINGER, | ) ) | |
|     Defendant. | ) ) ) | |

    The parties hereby request that the Court enter the proposed order continuing defendant

Max Stringer's sentencing from October 15, 2012 to November 26, 2012.  The parties, including

the defendant, stipulate as follows:

1.    Defendant's sentencing is currently scheduled for October 15, 2012.

2.    The United States Probation Office is awaiting additional information from the defense

which has delayed the issuance of the Presentence Report (PSR).  The defendant and defense

counsel will need additional time to review the PSR when it is issued.  In addition, defendant and

defense counsel also need additional time to investigate other matters to prepare for sentencing.

4.    The Probation Officer assigned to this case does not object to this continuance and

STIP & [PROPOSED] ORDER
U.S. v. STRINGER, No. CR 11-00116  EJD

1   anticipates that he will be available on November 26, 2012.

2   IT IS SO STIPULATED.

3

4   DATED: September 26, 2012          /s/ Manuel Araujo
                                       MANUEL ARAUJO

5

6   DATED: September 26, 2012          /s/ Hanley Chew
                                       HANLEY CHEW
7                                      Assistant United States Attorney

8                            [PROPOSED] ORDER

9          Having considered the stipulation of the parties, the Court orders that defendant Max

10  Stringer's sentencing be continued from October 15, 2012 to November 26, 2012.

11  IT IS SO ORDERED.

12  DATED:____9/28/2012_____

13                                     THE HONORABLE EDWARD J. DAVILA
                                       United States District Cout Judge
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIP & [PROPOSED] ORDER
U.S. v. STRINGER, No. CR 11-00116  EJD       2