1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   MIRANDA KANE (CABN 150630)
3  Chief, Criminal Division

4  HANLEY CHEW  (189985)
   Assistant United States Attorney
5
       150 Almaden Boulevard, Suite 900
6      San Jose, CA 95113
       Telephone: (408) 535-5061
7      Fax:  (408) 535-5066
       E-Mail: hanley.chew@usdoj.gov
8
9  Attorneys for Plaintiff

10
                        UNITED STATES DISTRICT COURT
11
                       NORTHERN DISTRICT OF CALIFORNIA
12
                              SAN JOSE  DIVISION
13

14 UNITED STATES OF AMERICA,       )   No. CR 11-00116  EJD (PSG)
                                   )
15      Plaintiff,                 )   STIPULATION AND [PROPOSED]
                                   )   ORDER TO CONTINUE SENTENCING
16   v.                            )
                                   )
17 MAX STRINGER,                   )
                                   )
18      Defendant.                 )
                                   )
19
        The parties hereby request that the Court enter the proposed order continuing defendant
20
   Max Stringer's sentencing from November 26, 2012 to January 14, 2013.  The parties, including
21
   the defendant, stipulate as follows:
22
   1.   Defendant's sentencing is currently scheduled for November 26, 2012.
23
   2.   The United States Probation Office is awaiting additional information from the defense
24
   which has delayed the issuance of the Presentence Report (PSR).  The defendant and defense
25
   counsel will need additional time to review the PSR when it is issued.  In addition, defendant and
26
   defense counsel also need additional time to investigate other matters to prepare for sentencing.
27
   IT IS SO STIPULATED.
28

   STIP & [PROPOSED] ORDER
   U.S. v. STRINGER, No. CR 11-00116  EJD

| | |
|---|---|
| DATED: November 14, 2012 | /s/ Manuel Araujo<br>MANUEL ARAUJO |
| DATED: November 14, 2012 | /s/ Hanley Chew<br>HANLEY CHEW<br>Assistant United States Attorney |

## [PROPOSED] ORDER

Having considered the stipulation of the parties, the Court orders that defendant Max Stringer's sentencing be continued from November 26, 2012 to January 14, 2013.

IT IS SO ORDERED.

DATED: 11/16/2012

THE HONORABLE EDWARD J. DAVILA
United States District Cout Judge

STIP & [PROPOSED] ORDER
U.S. v. STRINGER, No. CR 11-00116 EJD    2