MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

HANLEY CHEW  (189985)
Assistant United States Attorney

150 Almaden Boulevard, Suite 900
San Jose, CA 95113
Telephone: (408) 535-5061
Fax:  (408) 535-5066
E-Mail: hanley.chew@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE  DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 11-00116  EJD (PSG) |
| | ) | |
| Plaintiff, | ) | STIPULATION AND [PROPOSED] |
| | ) | ORDER TO CONTINUE SENTENCING |
| v. | ) | |
| | ) | |
| MAX STRINGER, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

The parties hereby request that the Court enter the proposed order continuing defendant

Max Stringer's sentencing from January 14, 2013 to March 11, 2013.  The parties, including the

defendant, stipulate as follows:

1.      Defendant's sentencing is currently scheduled for January 14, 2013.

2.      The United States Probation Office is awaiting additional information from the defense

which has delayed the issuance of the Presentence Report (PSR).  The defendant and defense

counsel will need additional time to review the PSR when it is issued.  In addition, defendant and

defense counsel also need additional time to investigate other matters to prepare for sentencing.

IT IS SO STIPULATED.

STIP & [PROPOSED] ORDER
U.S. v. STRINGER, No. CR 11-00116  EJD

DATED: January 2, 2013                    /s/ Manuel Araujo
                                          MANUEL ARAUJO

DATED: January 2, 2013                    /s/ Hanley Chew
                                          HANLEY CHEW
                                          Assistant United States Attorney

## [PROPOSED] ORDER

     Having considered the stipulation of the parties, the Court orders that defendant Max

Stringer's sentencing be continued from January 14, 2013 to March 11, 2013.

IT IS SO ORDERED.

DATED:____1/3/2013_____                 _____
                                          THE HONORABLE EDWARD J. DAVILA
                                          United States District Cout Judge

STIP & [PROPOSED] ORDER
U.S. v. STRINGER, No. CR 11-00116  EJD      2