MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

HANLEY CHEW  (189985)
Assistant United States Attorney

   150 Almaden Boulevard, Suite 900
   San Jose, CA 95113
   Telephone: (408) 535-5061
   Fax:  (408) 535-5066
   E-Mail: hanley.chew@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE  DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR 11-00116  EJD (PSG) |
| Plaintiff, | ) | STIPULATION AND [PROPOSED] |
| | ) | ORDER TO CONTINUE SENTENCING |
| v. | ) | |
| MAX STRINGER, | ) | |
| Defendant. | ) | |

   The parties hereby request that the Court enter the proposed order continuing defendant Max Stringer's sentencing from March 11, 2013 to May 20, 2013.  The parties, including the defendant, stipulate as follows:

1.   Defendant's sentencing is currently scheduled for March 11, 2013.

2.   The United States Probation Office is awaiting the results of a psychiatric evaluation from the defense which has delayed the issuance of the Presentence Report (PSR).  The defendant and defense counsel will need additional time to review the PSR when it is issued.  In addition, defendant and defense counsel also need additional time to investigate other matters to prepare for sentencing.

STIP & [PROPOSED] ORDER
U.S. v. STRINGER, No. CR 11-00116  EJD

1  IT IS SO STIPULATED.

2  DATED: February 26, 2013                    /s/
3                                           MANUEL ARAUJO

4  DATED: February 26, 2013                    /s/
5                                           HANLEY CHEW
                                            Assistant United States Attorney
6
7                                  [~~PROPOSED~~] ORDER

    Having considered the stipulation of the parties, the Court orders that defendant Max
8
9   Stringer's sentencing be continued from March 11, 2013 to May 20, 2013.

10  IT IS SO ORDERED.

11
    DATED:   2/27/2013                    _____
12                                        THE HONORABLE EDWARD J. DAVILA
                                          United States District Court Judge
13

STIP & [PROPOSED] ORDER
U.S. v. STRINGER, No. CR 11-00116 EJD      2