```
 1  MELINDA HAAG (CABN 132612)
    United States Attorney
 2
    MIRANDA KANE (CABN 150630)
 3  Chief, Criminal Division

 4  HANLEY CHEW (189985)
    Assistant United States Attorney
 5
        150 Almaden Boulevard, Suite 900
 6      San Jose, CA 95113
        Telephone: (408) 535-5061
 7      Fax:  (408) 535-5066
        E-Mail: hanley.chew@usdoj.gov
 8
 9  Attorneys for Plaintiff
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 11-00116 EJD (PSG) |
| Plaintiff, ) | STIPULATION AND [PROPOSED] ORDER TO CONTINUE SENTENCING |
| v. ) | |
| MAX STRINGER, ) | |
| Defendant. ) | |

The parties hereby request that the Court enter the proposed order continuing defendant Max Stringer's sentencing from May 20, 2013 to June 24, 2013. The parties, including the defendant, stipulate as follows:

1. Defendant's sentencing is currently scheduled for May 20, 2013.

2. A psychiatric evaluation of defendant was recently completed and the results of that evaluation were recently provided to all parties, including the United States Probation Office (USPO). The USPO will need additional time to review the results of a psychiatric evaluation from the defense in order to complete the Presentence Report (PSR). The defendant and defense counsel will need additional time to review the PSR when it is issued. In addition, defendant and

STIP & [PROPOSED] ORDER
U.S. v. STRINGER, No. CR 11-00116 EJD

1  defense counsel also need additional time to investigate other matters to prepare for sentencing.

2  3.  The USPO does not oppose the continuance.

3  IT IS SO STIPULATED.

4

5  DATED: April 16, 2013                         /s/
                                                MANUEL ARAUJO

6

7  DATED: April 16, 2013                         /s/
                                                HANLEY CHEW
                                                Assistant United States Attorney

8

9                              [PROPOSED] ORDER

10     Having considered the stipulation of the parties, the Court orders that defendant Max

11 Stringer's sentencing be continued from May 20, 2013 to June 24, 2013.

12 IT IS SO ORDERED.

13 DATED: 4/17/2013

14                                              THE HONORABLE EDWARD J. DAVILA
                                                United States District Court Judge

STIP & [PROPOSED] ORDER
U.S. v. STRINGER, No. CR 11-00116 EJD        2